UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KONSTANTIN G. BULDAKOV,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>Respondent. | NO. C09-1409-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Motion to Dismiss, the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss (Dkt. No. 10) is GRANTED, petitioner's habeas petition (Dkt. Nos. 6 and 14) is DENIED, and this action is DISMISSED as moot.

(3) The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 22 day of February, 2010.

JAMES L. ROBART
United States District Judge

09-CV-01409-ORD

ORDER OF DISMISSAL